*Steven Atuahene,* pro se, in support of the petition.

Decided September 24, 1997

CITIZENS FOR ECONOMIC OPPORTUNITY ET AL. *v.*
DEPARTMENT OF INSURANCE

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 17074) is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*William J. Sweeney, Jr.*, in support of the petition.

*Mark F. Kohler*, assistant attorney general, and *Allan B. Taylor*, in opposition.

Decided September 24, 1997